1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    BERT HARRIS,                              1:17-cv-01750-AWI-SKO

12                   Plaintiff,

13         v.                                   ORDER GRANTING APPLICATION TO
                                                PROCEED IN FORMA PAUPERIS
14    MIKE SEVERSON, et al.,                    (Doc. 2)

15                   Defendants.                          and

16                                              ORDER DIRECTING PAYMENT
                                                OF INMATE FILING FEE BY THE SHERIFF
17                                              OF THE FRESNO COUNTY JAIL

18

19

20         Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested

21   leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  (Doc. 2.)  Plaintiff has made

22   the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will

23   be granted.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28

24   U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty

25   percent of the preceding month's income credited to Plaintiff's trust account.  The Sheriff of the

26   Fresno County Jail is required to send to the Clerk of the Court payments from plaintiff's account

27   each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.

28   28 U.S.C. § 1915(b)(2).

                                                   1

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1.    Plaintiff's application to proceed in forma pauperis is GRANTED;

**2.    The Sheriff of the Fresno County Jail or his designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account, and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.**

3.    The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis application on the Sheriff of the Fresno County Jail, via the court's electronic case filing system (CM/ECF).

4.    The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

5.    Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint, if plaintiff has not already done so.

IT IS SO ORDERED.

Dated:   **January 9, 2018**                /s/ *Sheila K. Oberto*

                                               UNITED STATES MAGISTRATE JUDGE